**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Latrice Williams v. Dana Lee

Appellate case number:    01-10-00296-CV

Trial court case number:  0827802

Trial court:                        309th District Court of Harris County

The findings of the trial court complying with this Court's abatement orders have been received by the Clerk of this Court.  Therefore, we order the appeal REINSTATED.

The Clerk of this Court is directed to mail a hard copy of the supplemental clerk's records received on September 24, 2012 and February 5, 2012 to the appellant.

Appellant's Motion for Sanctions and to Compel, filed during the period of abatement, is DENIED.  The court reporter has filed all the records specified by this Court in its July 30, 2012 order.  As indicated in that order, the filing of these records completed the reporter's record in this appeal.  Further, based on the findings of the trial court, the clerk's record is now complete in this appeal.

Therefore, appellant is hereby ORDERED to file her brief 30 days from the date of this order.  *See* TEX. R. APP. P. 38.6(a).  Appellee's brief will be due 30 days from the date appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).  No extensions will be granted based on any further claims regarding deficiencies in the record.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Evelyn V. Keyes</u>
           ☑ Acting individually    ☐ Acting for the Court

Date:  February 12, 2013